IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTELLISYSTEM, LLC ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-1359 |
| WILLIAM B. MCHENRY, JR. | : | |

## **O R D E R**

**AND NOW**, this  26th  day of   June  , 2019, upon consideration of Petitioners' Petition to Confirm the Arbitration Award (ECF No. 1), Petitioners' Motion for Default Judgment (ECF No. 3), which we construe as a motion for summary judgment, and all documents submitted in support thereof, and it appearing that both matters are unopposed, and it appearing that Petitioners' Motion is supported by the evidence and the law, it is **ORDERED** as follows:

1. Petitioners' Motion is **GRANTED**;
2. Petitioners' Petition to Confirm the Arbitration Award is **GRANTED**;
3. The arbitration award in Petitioners' favor, as corrected by Attorney Abay by letter dated June 10, 2019 (ECF No. 6), is **CONFIRMED**;
4. Petitioners are awarded $74,750.63 in satisfaction of the arbitration award;
5. Petitioners are awarded $600.00 in satisfaction of the costs expended in filing this Petition; and
6. Petitioners shall receive post-judgment interest at the rate described in 28 U.S.C. § 1961(a) from the date of this Order on the entire judgment.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.